**FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT**
**UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21,**
Subchapter VI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
~~CIVIL~~ Lynchburg DIVISION

CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED

JUN 2 1 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

| | |
|---|---|
| Carrie N. Thomas, a/k/a Jocelyn R., _____, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 6:23CV00034 |
| | ) (To be assigned by Clerk of District Court) |
| Carlos Del Toro, Secretary, | ) |
| _____ | ) |
| Department of the Navy, Agency _____, | ) Jury Trial: (Yes)  No |
| | ) (circle one) |
| Defendant(s). | ) |
| (Enter the full name(s) of ALL parties in this lawsuit. | ) |
| Please attach additional sheets if necessary). | ) |

<u>COMPLAINT</u>

1.  State the full name of the Plaintiff, address and telephone number.

    Name: Carrie Nicole Thomas

    Address: 145 Northvail Dr.  Madison Heights, VA 24572

    Telephone Number: 202-603-8239

2.  List all Defendants.  State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each Defendant may be served.  Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

    a.  Defendant No. 1

        Name: Carlos Del Toro, Secretary, Department of the Navy

        Address: See Attachment 2a.

b. Defendant No. 2

Name:  N/A _____

Address: _____

**NOTE:  IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:    ■**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

3. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

   Security Clearance Revoked, placed on Unpaid Indefinite Suspension 10/1/2019.  More Details Attach f
   _____

4. On what day was your complaint filed with the Equal Employment Opportunities Commission?

   Original: May 9, 2021 [Case 2021003181] and Reconsider: October 11, 2022 [Case 2023000253]
   _____

5. What action did the Commission or its representatives take in regard to your complaint?

   [Case 2021003181] Found: No retaliation, no improper handling accusations for Security Clearance, no
   _____

   disability discrimination, and that I was 'DENIED an RA' is not discrimination.  I was never 'denied' an
   _____

   RA, I was ignored.  [Case 2023000253] Was submitted after 30 days, EEOC would not reconsider.
   _____

6. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

   It took longer than 180 days, but EEOC ruled against the plaintiff and issued letter to file in Federal Court
   _____

7. If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.?

   No, EEOC signed on 03/23/23 + 5 days delivery + 90 days = 06/26/23 Final Due Date  [See Attach 7]
   _____

8. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

   No
   _____

   If your answer to 8. is yes, describe the action in the spaces below.

2

a. Parties to the action:

N/A

_____

_____

b. Court (if federal court, give district; if state court, name the city or county):

N/A

_____

c. Docket Number: _N/A_____

d. Judge's Name: _N/A_____

e. Is the case still pending: _N/A_____    If not, what was the ruling? _N.A_____

_____

_____

Was the case appealed? _N/A_____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc.  Check here if additional sheets of paper are attached:** ☐

9. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

   ☐Yes                    ■No                    ☐ I DON'T KNOW

If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

N/A

_____

_____

_____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

A. What was or is your employer? _United States Department of the Navy (Former)_____

3

Naval Sea Systems Command (NAVSEA) Washington Navy Yard, D.C.

B.  What individuals were involved in your discharge or other unlawful practice about which you are complaining?  (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

See Attachment B - for others who may have been involved.

\* Primary Leadership Responsible:

1. Sarah Campbell, my direct supervisor

2. Kirk Johnson, my secondary supervisor (and Campbell's direct)

3. HR/LER (Labor and Employee Relations) Norman Ellis

4. NAVSEA Security Director, John Segura

C.  If you were fired, what reasons were given for your discharge?

It was more like a discharge, I was eligable for Unemployment. They revoked my Security Clearance for

reasons provided only by my direct supervisor to Naval Sea Systems Command (NAVSEA) security.

Thus, I could no longer work in my field. This occurred on 10/01/2019 and I still have no final answer.

If you disagree with those reasons, what do you think were the real reasons?

My direct supervisor committed several egregious errors: Failure to process my request for Reasonable

Accommodations. Creating a hostile work environment by issuing 3 punitive letters, creating a toxic work

environment by monitoring me on cameras, changing my time cards already approved, sharing HIPAA.

D.  Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? Yes

E.  If so, did you file a grievance with your employer?

Yes

If you did, what action was taken?  Nothing was ever done to assist me with my RA request.  I was

issued 3 punitive letters from my supervisor (with HR), marked AWOL (Absent Without Leave) often.

Finally, Security revoked my Secret Clearance placing me on Indefinite Unpaid Suspension 10/01/2019

4

F.  In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

See Attachment F for full details, below is an outline:

F1. Eggregous errors in processing plaintiff's Reasonable Accommodation (RA)

F2. 3 Punitive Letters written by Supervisor and HR, during the time RA should have been considered:

(1) LOR 1, (2) LOR 2, (3) LOR 3  (LOR 2 - supervisor had me break rules when it was good for her)

F3. HIPAA VIOLATING EMAIL, and Campbell wanting to get rid of me sent to co-worker

F4. Supervisor emailed negative information to Security [No proof provided, including 'drug use']

---------------- CASE BECAME BI-FRUCATED HERE, BETWEEN EEOC & MSPB ----------------------

F4a. My psychiatrist of 3 years, Dr Randolph Frank, MD issued letter to NAVSEA Security

F5. NAVSEA Security issued Revocation of Security Clearance [HR placed me on Unpaid Leave]

F5a. According to NAVSEA's Security Director, he did not consider Dr. Frank's letter in his decision.

F6. DOD CAF had me meet with their Navy Psychiatrist in Norfolk, VA

F6a. DoD CAF claim the Navy psychiatrist supported the need to suspend me.

F6b. Received Navy psychiatrists actual notes through FOIA. Did not match CAF's diagnosis to suspend

~ Misunderstanding of the word 'DENIED' when RA was actually IGNORED - EEOC didn't approve

~ MSPB hearing could only review administration, which I did not win, however; the Board suggested

both parties settle. No discussion of this was ever had.

~ Tried working with management before filing with EEO.

G.  If you were fired, have you been working since that time? No

If yes, for whom have you worked? N/A

What did you do? Senior Financial Manager

If you did not get another job, have you received unemployment compensation? Yes

5

If yes, for how long?

9 months (due to COVID laws)  2019-2020

H.  What relief do you want from this court?  For example:

Do you want your job back?

No, not at this point, but that was my original request in 2019 and 2020.

Have you suffered any damages?    Yes, huge financial loss, but moreso my mental health decay.

If so, how much?    $2,652,432.00    [See attachment H]

OTHER:

See attachment H - I have further concerns about NAVSEA's treatment of their employees with Mental

Health Issues, and being treated with respect and privacy.

**Attach additional sheets of paper as necessary and label this information as paragraph I., etc.  Check here if additional sheets of paper are attached.  ∎**

Signature of Plaintiff *Carrie N. Thomas*

VERIFICATION

State of Virginia

County of Amherst

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of June, 2023.

Signature of Plaintiff *Carrie N. Thomas*

6

Attachment 2a for Civil Action Number __6:23CV34__          Plaintiff: Carrie Nicole Thomas, pro se
                                                          145 Northvail Dr.  Madison Heights, VA 24572
                                                                                        202-603-8239

## ADDITIONAL INFORMATION FOR ITEM 2a.

2a. Defendant No. 1, Address:

General Counsel of the Navy
Naval Litigation Office
720 Kennon St., SE, Room 233
Washington Navy Yard, DC 20374-5013
(202) 685-7039