

AO 440 (Rev. 06/12) (12/22 WD/VA)  Summons in a Civil Action (Page 2)

Civil Action No. 6:23cv34

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons, Civil Cover Sheet, Complaint & Exhibits were mailed via USPS Certified mail (Receipt attached) on 10-12-23.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/12/23

Carrie N. Thomas
Server's signature

Carrie N. Thomas, pro se
Printed name and title

145 Northvail Dr.
Madison Heights, VA 24572
Server's address

Additional information regarding attempted service, etc:
Will Update this form once receiver remits Certified Mail Signed Certificate

540-857-2250
434-283-4283

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Carrie N. Thomas, a/k/a Jocelyn R., pro se <br> *Plaintiff* <br> v. <br> Carlos Del Toro, Secretary, Dept. of the Navy <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 6:23cv34 <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney, Western District of Virginia, Christopher R. Kavanaugh
United States Attorney's Office
310 1st Street, S.W., Room 906
Roanoke, Virginia 24011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie Nicole Thomas, pro se
145 Northvail Dr.
Madison Heights, VA 24572-2737
202-603-8239

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 11, 2023

*Signature of Clerk or Deputy Clerk*