

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee   $4.35

$                                          $3.55                    0343
                                                                      17
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00           Postmark
☐ Adult Signature Required           $ $0.00            Here
☐ Adult Signature Restricted Delivery $ $0.00

Postage        $2.31
$
Total Postage and Fees
$              $10.21                              10/12/2023

Sent To
U.S Attorney General (US DOJ)
Street and Apt. No., or PO Box No.
750 Pennsylvania Ave. NW
City, State, ZIP+4®
Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions

AO 440 (Rev. 06/12) (12/22 WD/VA)  Summons in a Civil Action (Page 2)

Civil Action No. 6:23cv34

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons, Civil Cover Sheet, Complaint & Exhibits Were mailed via USPS Certified Mail (Receipt Attached) on 10-12-23, Also emailed to USATYS.CivilNotice@usdoj.gov per COVID instructions, on 10-12-23.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/12/23

Carrie N. Thomas
*Server's signature*

Carrie N. Thomas, pro Se
*Printed name and title*

145 Northvail Dr.
Madison Heights, VA 24572
*Server's address*

Additional information regarding attempted service, etc:
Will update this form once receiver remits Certified mail signed certificate.

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | | |
|---|---|---|
| Carrie N. Thomas, a/k/a Jocelyn R., pro se | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:23cv34 |
| | ) | |
| Carlos Del Toro, Secretary, Dept. of the Navy | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Assistant Attorney General for Administration
U.S. Department of Justice, Justice Management Division
950 Pennsylvania Avenue, NW, Room 1111
Washington, DC 20530

(Pursuant to FRCP Rule 4(i)(2) and Rule 4(i)(1)(B)
Send a copy of the summons and complaint by registered or certified mail)
A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie Nicole Thomas, pro se
145 Northvail Dr.
Madison Heights, VA 24572-2737
202-603-8239

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: *October 11, 2023*

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*