# AFFIDAVIT OF SERVICE

United States District Court For The , Western District Of Virginia

**Case #:** 6 23 CV 34
**Plaintiff:** Carrie N Thomas (Aka: Jocelyn R.), Pro Se
**Defendant:** Department Of Defense

I certify that I served **Department Of Defense (Serve On: Ronald Freels, Division Chief, Adjudications Directorate)** at **12:50 pm** on **11-13-2023**, at **Department Of Defense - consolidated adjudications facility (dod caf) 10th St, building 600, Fort Meade, MD 20755** a copy of the following documents with all supporting papers issued on: 10-12-2023.
**Summons In A Civil Action, Complaint, Civil Cover Sheet, Exhibits**

which were previously filed with this Court. Attached is a copy of the first page of the summons with the captioned case information.

The person I left the papers with acknowledged being: (1) At the above work address; (2) of suitable discretion in that the relationship to the defendant is: **Authorized Agent To Accept Service Of Process** and that; (3) the above listed is the defendant's work location.

The description of this person is: **Black, Male, 5-11 to 6-2, 200-230 lbs, 57 yrs, , .**

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above.

I certify that I am over eighteen (18) years of age and that I am not the plaintiff or the defendant. I solemnly affirm, on this 13th day of November, 2023, under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

*(signature)*

Dotto D. Mallongo (**Z) Defhotline@legalpapers.Net ( DOB: 06-21-1976 ) / Our File#: 505470

Legal Papers, Inc. 908 York Road, 2nd floor, Towson, MD 21204 (410) 823-4444

*(Notary seal: DAVID A. KOPEL, NOTARY PUBLIC, BALTIMORE CO., MD)*

Subscribed sworn by me on 11-13-2023

*(signature)*

Commission Expires 8-26-2024