# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Western District of Virginia

**Carrie Nicole Thomas**

    Plaintiff(s),

VS.

**Carlos Del Toro, Secretary, Department of the Navy**

    Defendant(s).

Attorney: NONE

Carrie Nicole Thomas
145 Northvail Dr.
Madison Heights VA 24572

*305004*

**Case Number: 6:23-cv-00034-NKM**

Legal documents received by Same Day Process Service, Inc. on **10/11/2023** at **10:51 PM** to be served upon **Carlos Del Toro, Secretary, Department of the Navy at General Counsel of the Navy, Navy Litigation Office, 720 Kennon St., SE, Bldg 36, RM 233, Washington Navy Yard, DC 20374**

I, **Annelyse Rivera**, swear and affirm that on **October 16, 2023** at **12:23 PM**, I did the following:

Served **Carlos Del Toro, Secretary, Department of the Navy** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Exhibits** to **Renata Witcher** as **Legal Technician & Authorized Agent** of Carlos Del Toro, Secretary, Department of the Navy at General Counsel of the Navy, Navy Litigation Office, 720 Kennon St., SE, Bldg 36, RM 233 , Washington Navy Yard, DC 20374.

**Description of Person Accepting Service:**
Sex: Female Age: 50 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Annelyse Rivera**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:305004

