Civil Action No.   **6:23CV34**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **US Attorney General**
was recieved by me on   **10/30/2023:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Disallowed** after attempting service at **950 Pennsylvania Avenue Northwest, Washington, DC 20530**; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   11/02/2023

*Server's signature*

**Delpheny Outland**
*Printed name and title*

7904 Knollwood St.
Brandywine, MD 20613

*Server's address*

Additional information regarding attempted service, etc:

**11/1/2023 1:29 PM: I spoke with an individual who identified themselves as the officer jones and they stated service not permitted.**




Tracking #: 0117343150