**EXHIBIT E**

# MERIT SYSTEMS PROTECTION BOARD

*Please type or print legibly.*  OMB No.

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.



# MERIT SYSTEMS PROTECTION BOARD

*Please type or print legibly.*



# MERIT SYSTEMS PROTECTION BOARD

**Complete this form and attach it to MSPB Form 185-1 if you are appealing an agency personnel action or decision (other than a decision or action affecting your retirement rights or benefits) that is appealable to the Board under a law, rule, or regulation. If the personnel See 5 CFR 1201.3(a) for a list of appealable personnel actions and action or decision is appealable to the Board, you should have received a final decision letter from the agency that informs you of your right to file an appeal with the Board.**

*Please type or print legibly.*  OMB No.

**Please submit only the attachments requested in this form at this time.** You will be afforded the opportunity to submit detailed evidence in support of your appeal later in the proceeding.

**Name** *(last, first, middle initial)*

1.

2.

3.

4.

5.



# MERIT SYSTEMS PROTECTION BOARD

*Please type or print legibly.*

6.

7.

8.

9.

10.

11.

12.

# Merit Systems Protection Board Form 185-2
## Appeal of Agency Personnel Action or Decision (Non-retirement)

## Continuation Sheet

5. Explain briefly why you think the agency was wrong in taking this action. In challenging such an action, you may choose to allege that the agency engaged in harmful procedural error, committed a prohibited personnel practice, or engaged in one of the other claims listed in Appendix A. Attach the agency's proposal letter, decision letter, and SF-50, if available.

DON'S Investigation, returned showing no discrimination on 02/23/19
STATEMENT OF CLAIM references only the action taken on 10/01/2019 placing me on Indefinite Suspension Without Pay. (ISWP)
This claim should be a culmination of 2 events occurring: 1. Suspend Secret Clearance (SSC) and 2. ISWP. However, NAVSEA has created a loophole through its official stance - once a person's clearance has been suspended there is 'NO POLICY' on reassignment. Quote by RMO4 [Pg 6/39]. Once my SSC was suspended, ISWP was a foregone conclusion. It's impossible to find discrimination in a process with no policy.

[RMO3] averred that [policies] were followed in making his decision to suspend …. RMO3's decision was made after consideration of the totality of reported activity and concerns…" [Pg. 6/39]

DON Case Number 20-30270-01839 was filed as a bifurcated claim, these events led to or occurred after my ISWP.
*Perjury
Mr. Segura provided a signed Interrogatory statement, under penalty of perjury that [his] statement is true, correct, and complete…." [Pg. 308/1325]
-Investigator asked why Dr's note submitted had not been used to mitigate these claims.
- Ans: "The Complainant submitted medical documentation to Security; the documentation was not submitted by Complainant's doctor."
> Never communicated to me.

7/15/19 I requested proof several times via email to Ms. Veronica Monk, NAVSEA Security, for the items I was currently being accused of and was provided nothing

A sampling of the discrimination I suffered daily, can be found in DON Case # DON No.19-30270-01944 filed on 06/19/19 for actions starting around Aug 2017

*Disparate treatment:
10/30/18- I received a 'Letter of Reprimand' due to my disability, avoiding hostile situations and sometimes oversleep. Management knew this was due to medical reasons.
- I was provided zero assistance, nor a different supervisor as requested
10/30/18: Ms. Campbell also received a 'Letter of Reprimand' for harassment of me, sharing my HIPAA information via email to another co-worker
- She received a coach to assist her

*Retaliation: 09/28/18 Ms. Campbell was informed that she was under investigation for her actions against me. The very next working day, 10/1/18, she refused my doctor's note, and began marking me AWOL.

*Segregated treatment: Ms. Campbell would do things, only to me. My FMLA wasn't usable without a Dr's note, I was marked AWOL if I arrived to work or a meeting 10 minutes late. Watching video cameras and my card swipe logs. She went back up to 6 weeks in time to reduce my hours worked. I was provided no proof and no rights to appeal

*HARMFUL POLICY ERRORs*
Ms. Campbell's unwillingness to enforce the Reasonable Accommodation Laws and Policy.
07/04/17 First documentation proving I informed my new Supervisor, Ms. Sarah Campbell, that I was under the care of a psychiatrist and was having issues with sleep. Worded in plain language
11/26/18 Submitted Official RA request to NAVSEA. I should have had an answer in writing within 30 days. I have never received a proper letter, but I have received numerous punishments, including removal
- NAVSEAINST 12610.3, Timekeeping, I was on 'Maxiflex'. "A flexible schedule .. employee may vary arrival and departure times... and has a basic work requirement of 80 hours.. " Same manual, Supervisors may change schedules "at an employee's request, as in the case of personal hardship." My supervisor chose punitive letters while removing telework, Maxiflex, credit hours

# e-Appeal Attachment Transmittal

**Appeal Number:** 202101038
**Appellant Name:** Carrie Nicole Thomas
**Agency Name:** Department of Defense

Please check the box for each document included with this transmittal.

| Name of Attachment | Attachment Processing Status | File Name/Delivery Method |
|---|---|---|
| ✗ SF-50, Notification of Personnel Action | Upload with e-Appeal | 00_Thomas C Suspension SF-50.pdf |
| ✗ Agency Proposal Letter | Upload with e-Appeal | Thomas C Indefinite Suspension With Enclosures 9-30-2019.pdf |
| ✗ Agency Decision Letter | Upload with e-Appeal | 20-30270-01839-Carrie Thomas-Mixed FADonline.pdf |

2 copies must be submitted of all documents submitted in hardcopy.
Send documents to be submitted in paper form to:
Washington DC Regional Office
1901 S. Bell Street, Suite 950
Arlington, Virginia 22202
United States of America

Phone: (703) 756-6250
Fax: (703) 756-7112