Carrie N. Thomas, pro se
145 Northvail Dr.
Madison Heights, VA 24572
202-603-8239
plomeeke@gmail.com



CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED
DEC 27 2023
LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF VIRGINIA CIVIL LYNCHBURG DIVISION

| | |
|---|---|
| CARRIE N. THOMAS, A/K/A JOYCELYN R.<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS DEL TORO, SECRETARY DEPARTMENT OF THE NAVY, AGENCY<br><br>Defendant | Case No.: 6:23CV00034<br><br>**REQUEST FOR EXTENSION OF TIME** |

The Defendant has filed a Motion to Dismiss and, Motion for Summary Judgement on 12/18/2023. I have been notified the Court will only me 21 days from the date of this notice to provide relevant evidence contradicting, explaining, or avoiding Defendant's evidence.

I am respectfully requesting the court extend this period by an addition 60 days for the following reasons:

1. Due to the Holidays, during this time of the year, the mail arrived almost 1 week after this was filed. Leaving me only 14 days to submit a reply. In addition, it has been difficult to conduct any business with attorneys or government agencies with many people on vacation.

2. I am currently a disabled veteran who is working with the Department of Veteran's Affairs, seeing 3 different psychologists and 1 psychiatrist to assist with my current mental deficiencies. The Defendant has submitted a packet

REQUEST FOR EXTENSION OF TIME - 1

(full of legal jargon) to me, containing roughly 100 pages, which will take me some time to read and understand due to this disability. Also, I am at a disadvantage as I do not have a team of trained attorneys. This is a request for a Reasonable Accommodation in accordance with *Title I of the Americans with Disabilities Act (ADA)*. [Documentation can be provided]

    a. Note: For the past 4 years, and presently, I am being treated for Post Traumatic Stress Disorder (PTSD) as well as Major Depressive Disorder (MDD). There have been discussions of possible full-time admittance into a psychological treatment center. Should this happen, I will inform the Court immediately, and may need a further extension.

3. Per the decline in my health, I am no longer able to continue with this process as a pro se. I am in the process of finding an attorney to assist me. I waited until this stage of the process to acquire an attorney as I was unsure if the Defendant was going to request a change of venue, meaning if I hired an attorney in Virginia, but they were successful in getting the venue moved to Washington, D.C. it would have been a waste of time and money. Now that I know the venue will remain in the Western District Court of Virginia, I feel more confident about hiring a local attorney.

Thank you for considering my request.

Dated the 27th day of December, 2023.

*Carrie M. Thomas*
Pro Se

REQUEST FOR EXTENSION OF TIME - 2