CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/15/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

| | |
|---|---|
| CARRIE N. THOMAS<br><br>　　　　　　　　　*Plaintiff,*<br>v.<br><br>CARLOS DEL TORO, SECRETARY OF THE NAVY, *et al.*,<br><br>　　　　　　　　　*Defendants.* | CASE NO. 6:23-cv-00034<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons explained in the Memorandum Opinion issued with this Order, the Court **GRANTS** Defendants' Motion for Summary Judgment and Motion to Dismiss, Dkt. 18.

The Court also **DENIES** Plaintiff's Motion to Suppress and Motion requesting a further 120-day stay or extension of time. Dkts. 25, 29.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send this Order to Plaintiff and all counsel of record, and to strike this case from the active docket of the Court.

Entered this  15th  day of August, 2024.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE